# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW JONES, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION: 1:23-00459-KD-B |
| | ) |
| ANDALUSIA POLICE, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 5) made under 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(c) and dated December 28, 2023, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice because of improper venue pursuant to 28 U.S.C. § 1406(a).

**DONE** and **ORDERED** this the **31st** day of **January 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**